**JUDGE: LEIGHTON**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                             )<br>                         Plaintiff,           )<br>                                                             )<br>         vs.                                            )<br>                                                             )<br>FELIX ADEOKUN,                          )<br>                                                             )<br>                         Defendant.        )<br>_____) | NO. CR06-5058RBL<br><br>ORDER<br>GRANTING MOTION TO<br>CONTINUE TRIAL DATE<br><br>(U.S. v. NEAL, et al) |

Upon the motion of the defendant, Felix Adeokun, to continue the trial in the above-captioned case, and based upon the facts set forth in the motion, which are hereby adopted as findings of the Court and incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the Defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to May 30, 2006.  The period of delay resulting from this continuance from April 10, 2006, to the new trial date of May 30, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

ACCORDINGLY:
   The Jury Trial is **CONTINUED** to **MAY 30, 2006 at 9:00 a.m.**
   The Pretrial Conference is rescheduled for **MAY 24, 2006 at 9:00 a.m.**
   The Motions Cutoff date is extended to **MAY 1, 2006.**

IT IS SO ORDERED this 23rd day of March, 2006.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
/s/
_____
Judith M. Mandel, WSBA#8677
Attorney for Felix Adeokun

[Proposed] Order Granting Motion
to Continue Trial Date

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640

1