UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FLENARD TYRONE NEAL, JR.,
DONALD JAMAR LEWIS,
FELIX ADEOKUN

Defendant.

CASE NO.CR06-5058RBL

ORDER GRANTING
CONTINUANCE OF
TRIAL DATE

An Agreed Order to Continue the Trial has been filed by the parties.

The Court has reviewed the pleadings and for the reasons stated, the parties Joint Motion to Continue the Trial Date is **GRANTED**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **MAY 30, 2006 to OCTOBER 10, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **OCTOBER 10, 2006 at 9:00 a.m.**

No Pretrial Conference is scheduled.

The Motions Cutoff date is extended to **JULY 17, 2006.**

IT IS SO ORDERED this $^{24\text{TH}}$ day of May, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2